UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:23-cv-00504 – KKM-TGW

**PHARMSAVER LLC**

*Plaintiff*,

v.

**EZRIRX, LLC et al.,**

*Defendants*.

## MEDIATOR'S REPORT

Date of Mediation: October 24, 2023

Parties in attendance: All parties; Counsel for all parties

Result: Settled.

The parties request 60 days to submit final documents to the Court.

Dated: October 24, 2023

Respectfully submitted,

*/s/Jerold I. Schneider*
Jerold I. Schneider
Florida Bar Number: 26975
Florida Supreme Court Certified
    Circuit and Appellate Mediator 32237RA
Schneider IP Mediation
*Jerold.schneider@schneidermediation.legal*
21048 95th Ave S., Suite D-206
Boca Raton, FL 33428-1567
561.309.5374